**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6917**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BOBBY O. FOSTER, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-93-47)

---

Submitted: October 23, 1997          Decided: November 17, 1997

---

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Bobby O. Foster, Jr., Appellant Pro Se. Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to be transferred to another prison due to the lack of an adequate law library. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss on the reasoning of the district court. <u>United States v. Foster</u>, No. CR-93-47 (W.D.N.C. June 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>